# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ALENE CIAVARELLI,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | **CV-18-01-GF-BMM**<br><br>**ORDER** |

## **ORDER**

For the reasons stated in open court during the United State's motion for partial summary judgment hearing on May 8, 2019, the Court enters the following Orders:

IT IS ORDERED that Plaintiff has met the jurisdictional requirement for a sum certain amount within her Standard Form 95, pursuant to 28 U.S.C. § 2675.

IT IS ORDERED that United States's motion for partial summary judgment (Doc. 19) is GRANTED, with the exception to past and future costs of Plaintiff's

1

Botox treatments and the potential general damages related to these medical treatments.  These issues must be resolved after further factual development.

DATED this 8th day of May, 2018.

Brian Morris
United States District Court Judge