# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ALENE CIAVARELLI,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 18-01-GF-BMM<br><br>**ORDER** |

This case has been referred to the undersigned for the limited purpose of conducting a formal settlement conference by United States District Judge Brian Morris. (Doc. 39.)  A telephonic scheduling conference was held on July 1, 2019. (Doc. 40.) Accordingly,

**IT IS ORDERED** that a settlement conference in this matter will be held before the undersigned on **Wednesday, August 14, 2019 at 9:00 a.m.**, **at the Missouri River Federal Courthouse, Great Falls, Montana**. **The parties are to report to the Chief Mountain Courtroom.**  It is the responsibility of counsel to ensure that each named party understands and complies with Local Rule 16.5. Failure to comply with any of the conditions set forth above may, upon motion of the Court itself or upon motion of a party, result in imposition of sanctions and/or costs of the conference.  See Local Rule 16.5.

**IT IS ALSO ORDERED** that on or before **5:00 p.m.** on **August 7, 2019,** the respective parties shall submit to the undersigned proposed settlement agreements and confidential settlement statements, preferably in letter form, **not to exceed ten (10) pages**, **including attachments**, by e-mail to sara_luoma@mtd.uscourts.gov, that sets forth each party's initial settlement position, the case history, the history of any negotiations and each party's view of the case in terms of its settlement posture. **Parties should also include in the settlement statement the name of the person or persons with authority who will attend the settlement conference.** Parties need not repeat matters found in their preliminary pretrial statements. The settlement statement shall not be exchanged among the parties nor become part of the formal court record. The Court will destroy the letters after conclusion of the conference.

DATED this 1st day of July, 2019.

_John Johnston_
United States Magistrate Judge